IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY T. ZIEGLER,

    Petitioner,

v.

STATE OF WISCONSIN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-524-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Jeffrey T. Ziegler for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

_____       10/17/12
Peter Oppeneer, Clerk of Court      Date